# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Teresa A. DeLuca | | CHAPTER 13 |
| | Debtor(s) | |
| VW Credit Leasing, Ltd | | |
| | Movant | |
| vs. | | NO. 17-10600 elf |
| Teresa A. DeLuca | | |
| | Debtor(s) | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER

The Court having considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant VW Credit Leasing, Ltd, it is hereby,

ORDERED, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 VW TIGUAN SEL AWD ,VIN: WVGBV3AX3EW625242 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date: 12/12/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**