United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10600-elf
Teresa A. DeLuca                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Dec 12, 2017
                            Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
db          +Teresa A. DeLuca,   2443 E. Somerset Street,   Philadelphia, PA 19134-4222
cr          +MIDFIRST BANK,   Aldridge Pite LLP,   4375 Jutland Dr,   San Diego, CA 92117-3600
cr           Samuel and Son Seafood,   c/o Saldutti Law Group,   800 M. Kings Hwy,   Ste 300,
              Cherry Hill, NJ  08034,   UNITED STATES
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Dec 13 2017 01:11:42     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2017 01:11:27
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2017 01:11:34     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: broman@amhfcu.org Dec 13 2017 01:11:30     American Heritage FCU,
              Collection Department,   2060 Red Lion Road,   Philadelphia, PA 19115-1603
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:12:34     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2017 at the address(es) listed below:
              HOLLY ELIZABETH SMITH    on behalf of Creditor    American Heritage FCU hsmith@gsbblaw.com
              LEON P. HALLER    on behalf of Creditor    MIDFIRST BANK lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Samuel and Son Seafood rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Teresa A. DeLuca | | CHAPTER 13 |
| <u>Debtor(s)</u> | | |
| VW Credit Leasing, Ltd | | |
| <u>Movant</u> | | |
| vs. | | NO. 17-10600 elf |
| Teresa A. DeLuca | | |
| <u>Debtor(s)</u> | | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| <u>Trustee</u> | | |

**ORDER**

The Court having considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant VW Credit Leasing, Ltd, it is hereby,

ORDERED, that the automatic stay is hereby **MODIFIED** under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 VW TIGUAN SEL AWD ,VIN: WVGBV3AX3EW625242  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  12/12/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**