UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| TERESA A. DELUCA<br>          Debtor | BANKRUPTCY NO. 17-10600-ELF<br>CHAPTER 13 |
| MIDFIRST BANK<br>          Movant | L.B.R. 9014-3<br>HEARING: MARCH 27, 2018<br>         AT 9:30 A.M. |
| vs. | U. S. Bankruptcy Court<br>Robert N. C. Nix Sr. |
| TERESA A. DELUCA and WILLIAM C.<br>MILLER, Trustee<br>          Respondents | Federal Court House<br>900 Market Street<br>Philadelphia, PA 19107 |

### WITHDRAWAL OF MOTION

MidFirst Bank hereby withdraws the Motion of MidFirst Bank for Relief From the Automatic Stay to Permit MidFirst Bank to Resume Normal Servicing of Loan Secured by 2443 East Somerset Street, Philadelphia, Pennsylvania 19134, filed in the above case on February 28, 2018, to Docket Number 70.

                              PURCELL, KRUG & HALLER

                              By: /s/Leon P. Haller
                                  Leon P. Haller, Esquire
                                  1719 North Front Street
                                  Harrisburg, PA  17102-2392
                                  (717)234-4178
                                  Attorney ID #15700
                                  Attorney for Movant

Dated: March 26, 2018