*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Teresa A. DeLuca
    Debtor(s)

Case No: 17–10600–elf

Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

MOTION to dismiss for failure to make plan payments

    on: 2/26/19

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/23/19

Timothy B. McGrath
Clerk of Court

78 – 75
Form 167