United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa A. DeLuca  
    Debtor

Case No. 17-10600-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Pamela    Page 1 of 1    Date Rcvd: Jan 23, 2019  
                       Form ID: 167    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.
```
db             +Teresa A. DeLuca,    2443 E. Somerset Street,    Philadelphia, PA 19134-4222
cr             +MIDFIRST BANK,    Aldridge Pite LLP,    4375 Jutland Dr,    San Diego, CA 92117-3600
cr              Samuel and Son Seafood,    c/o Saldutti Law Group,    800 M. Kings Hwy,    Ste 300,
                 Cherry Hill, NJ  08034,    UNITED STATES
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: broman@amhfcu.org Jan 24 2019 02:38:56      American Heritage FCU,
                 Collection Department,    2060 Red Lion Road,    Philadelphia, PA 19115-1603
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 02:50:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:
```
              HOLLY SMITH MILLER     on behalf of Creditor    American Heritage FCU hsmiller@gsbblaw.com
              LEON P. HALLER    on behalf of Creditor    MIDFIRST BANK lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2     on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2     on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ     on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              ROBERT L. SALDUTTI     on behalf of Creditor    Samuel and Son Seafood rsaldutti@salduttcollect.com,
               lmarciano@salduttcollect.com;pwirth@salduttcollect.com;kcollins@slgcollect.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Teresa A. DeLuca
    Debtor(s)

Case No: 17–10600–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

MOTION to dismiss for failure to make plan payments

on: 2/26/19

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 1/23/19

For The Court

Timothy B. McGrath
Clerk of Court

78 – 75
Form 167