# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10600-ELF

TERESA A. DELUCA

2443 E. SOMERSET STREET

PHILADELPHIA, PA 19134

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TERESA A. DELUCA

    2443 E. SOMERSET STREET

    PHILADELPHIA, PA 19134


Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 11/18/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee