UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| TERESA A. DELUCA | : BANKRUPTCY NO. 17-10600-ELF |
|     Debtor | : |
| | : CHAPTER 13 |
| MIDFIRST BANK | : |
| | : L.B.R. 9014-3 |
|     Movant | : |
| vs. | : |
| TERESA A. DELUCA and WILLIAM C. MILLER, Trustee | : |
|     Respondents | : |

### ORDER APPROVING STIPULATION

AND NOW on this __17th__ day of __March_____, 2020, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay (Doc. # 97), it is hereby **ORDERED** that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

_____
Eric L. Frank
Bankruptcy Judge