```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-10600-elf
Teresa A. DeLuca                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1          Date Rcvd: Mar 17, 2020
                              Form ID: pdf900            Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db             +Teresa A. DeLuca,    2443 E. Somerset Street,    Philadelphia, PA 19134-4222
cr             +MIDFIRST BANK,    Aldridge Pite LLP,    4375 Jutland Dr,    San Diego, CA 92117-3600
cr              Samuel and Son Seafood,    c/o Saldutti Law Group,    800 M. Kings Hwy,    Ste 300,
                 Cherry Hill, NJ   08034,    UNITED STATES
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 18 2020 04:19:51      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 18 2020 04:19:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 18 2020 04:19:49      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: broman@amhfcu.org Mar 18 2020 04:19:44     American Heritage FCU,
                 Collection Department,    2060 Red Lion Road,    Philadelphia, PA 19115-1603
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Mar 18 2020 04:08:24      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC   29603-0587
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2020 04:06:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
              HOLLY SMITH MILLER    on behalf of Creditor    American Heritage FCU hsmiller@gsbblaw.com
              LEON P. HALLER    on behalf of Creditor     MIDFIRST BANK lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              ROBERT L. SALDUTTI    on behalf of Creditor     Samuel and Son Seafood rsaldutti@salduticollect.com,
               lmarciano@salduticollect.com;pwirth@salduticollect.com;kcollins@slgcollect.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
TERESA A. DELUCA : BANKRUPTCY NO. 17-10600-ELF
      Debtor :
: CHAPTER 13
MIDFIRST BANK :
: L.B.R. 9014-3
      Movant :
:
vs. :
:
TERESA A. DELUCA and WILLIAM C. :
MILLER, Trustee :
      Respondents :

## ORDER APPROVING STIPULATION

AND NOW on this 17th day of March, 2020, upon presentation and consideration of the Stipulation entered into between the parties to provide Movant with adequate protection of its security interest in lieu of immediate relief from the automatic stay (Doc. # 97), it is hereby **ORDERED** that the Stipulation is approved by this Court and the Stipulation will be binding upon the parties effective immediately.

                                                      Eric L. Frank
                                                      Bankruptcy Judge