Certificate Number: 16339-PAE-DE-034272216

Bankruptcy Case Number: 17-10600



16339-PAE-DE-034272216

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2020, at 4:25 o'clock PM EDT, Teresa Deluca completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 24, 2020              By:   /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor