Certificate Number: 16339-PAE-DE-034272216

Bankruptcy Case Number: 17-10600



16339-PAE-DE-034272216

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 24, 2020</u>, at <u>4:25</u> o'clock <u>PM EDT</u>, <u>Teresa Deluca</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  March 24, 2020            By:   /s/Kelley Tipton

                                 Name: Kelley Tipton

                                 Title: Certified Financial Counselor