```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 17-10600-elf
Teresa A. DeLuca                                                    Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore          Page 1 of 3          Date Rcvd: Sep 01, 2020
                            Form ID: 138NEW          Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +Teresa A. DeLuca,    2443 E. Somerset Street,    Philadelphia, PA 19134-4222
cr             +MIDFIRST BANK,    Aldridge Pite LLP,    4375 Jutland Dr,    San Diego, CA 92117-3600
cr              Samuel and Son Seafood,    c/o Saldutti Law Group,    800 M. Kings Hwy,    Ste 300,
                 Cherry Hill, NJ 08034,    UNITED STATES
13857350       +ALTUS GLOBAL TRADE SOLUTIONS,    2400 VETERANS MEMORIAL BLVD SUITE 300,
                 KENNER LOUISIANNA 70062-8725
13857352       +ANDREW DASHEVSKY, ESQUIRE,    1315 WALNUT STREET,    12TH FLOOR,    PHILADELPHIA, PA 19107-4712
13857353       +ANGEL GUALIPA,    6155 CHARLES STREET,    PHILADELPHIA, PA 19135-3413
13857354       +ANTHONY E SIMONE,    110 HOLLAND DRIVE,    WILMINGTON DE 19803-3228
13863171       +Anthony Arechavala,    1015 Chestnut Street, Ste. 400,    Philadelphia, PA 19107-4305
13857355       +BANNER LIFE INSURANCE,    3275 BENNETT CREEK AVE,    FREDERICK MD 21704-7608
13857356      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court:   Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365)
13857362       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
                 S Louis, MO 63179-0040
13857366       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13857367       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13857368       +FERO CORP,    2040 KATER STREET,    PHILADELPHIA PA 19146-1313
13857370     +++FRANCES BRYCE,    2108 SOUTH STREET,    PHILADELPHIA , PA 19146-2085
13857369       +First Data,    5565 Glenridge,    Connector NE Ste 2000,    Atlanta, GA 30342-1335
13857371       +Freedom Mortgage Corp,    Attn: Bankruptcy,    PO Box 489,    Mt Laurel, NJ 08054-0489
13857372       +GARY SEITZ, ESQUIRE,    CURTIS CENTER,    601 WALNUT STREET,    SUITE 470 WEST,
                 PHILADELPHIA, PA 19106-3314
13857373       +HARBOR TEXTILE,    17 HARBORVIEW DRIVE,    NEW CASTLE DE 19720-2179
13871127       +Holly E. Smith,    Gellert Scali Busenkell & Brown LLC,    The Curtis Center,
                 601 Walnut Street, Suite 470 West,    Philadelphia, PA 19106-3314
13857375       +JORDAN A RUSHIE, ESQUIRE,    1010 N HANCOCK STREET,    PHILADELPHIA PA 19123-2361
13857376       +JULIUS SILVERT,    231 E LUZERNE STREET,    PHILADELPHIA PA 19124-4219
13857377       +KEYSTONE HEALTH PLAN EAST,    PO BOX 11855,    NEWARK NJ 07101-0020
13857378       +KLEHR HARRISON,    1835 MARKET STREET,    SUITE 1400,    PHILADELPHIA, P-A 19103-2945
13857379       +MEDICAL IMAGING ASSOCIATES,    10160 BUSTLETON AVE SUITE D,    PHILADELPHIA, PA 19116-3749
13857381       +MICHAEL HOLLANDER, ESQUIRE,    COMMUNITY LEGAL SERVICES,    1424 CHESTNUT STREET,
                 PHILADELPHIA PA 19102-2556
13857382     +++MICHELLE STERN,    11880 BUSTLETON AVENUE   APT A,    PHILADELPHIA PA 19116-2500
13871564       +Merchant Capital Source LLC,    c/o Angela A. Veleen Esq.,    3835 E. Thousand Oaks Blvd,
                 Suite R-349,    Westlake Village CA 91361-3637
13898877       +MidFirst Bank,    999 N.W. Grand Blvd, Suite 100,    Oklahoma City, OK 73118-6051
13857383       +NORTHEAST MANAGEMENT CONSULTING,    3501 MASONS MILL RD SUITE 502,
                 HUNTINGDON VALLEY, PA 19006-3517
13857384       +OCTOVIO A ARECHAVALA,ESQUIRE,    1015 CHESTNUT STREET SUITE 400,    PHILADELPHIA PA 19107-4305
13857386       +OPEN TABLE INC,    PO BOX 671198,    DALLAS TX 75267-1198
13857387        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13857389       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13857390       +POS PORTAL,    180 PROMINADE CIRCLE,    SUITE 215,    SACRAMENTO CA 95834-2940
13857391       +ROBERT SALDUTTI, ESQUIRE,    800 N KINGS HIGHWAY,    SUITE 300,    CHERRY HILL NJ 08034-1511
13857392       +SAFECO INSURANCE,    PO BOX 428,    FLOURTOWN PA 19031-0428
13857393       +SAMUELS AND SONS SEAFOOD,    3400 S LAWRENCE STREET,    PHILADELPHIA PA 19148-5623
13896997       +Samuel and Son Seafood,    c/o Saldutti Law Group,    800 N. Kings Hwy, Ste 300,
                 Cherry Hill, NJ 08034-1511
13857396       +TERMAC CORPORATION,    7330 TULIP STREET,    PHILADELPHIA PA 19136-4216
13857398       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13857400       +UNHINGED CAFE INC,    2108 SOUTH STREET,    PHILADELPHIA PA 19146-2085
13857403       +UNHINGED CAFE, INC,    T/A TI PENSO,    2108 SOUTH STREET,    PHILADELPHIA, PA 19146-2085
13857405       +UNHINGED INC,    2108 SOUTH STREET,    PHILADELPHIA, PA 19146-2085
13857408       +UNHINGED INC,    2018 SOUTH STREET,    PHILADELPHIA PA 19146-1321
13871727        US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13857409       +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
13857410       +VALLEY PAIN MANAGEMENT,    727 WELSH RD   SUITE 108,    HUNTINGDON VALLEY, PA 19006-6357
13882188       +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
13857414       +WELLS FARGO,    340 S 2ND STREET    NO 350,    PHILADELPHIA PA 19106-4316
13857416      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court:   Wells Fargo Bank Nv Na,    1 Home Campus X2303-01A,
                 Des Moines, IA 50326)
13857415       +Wells Fargo Bank Card,    MAC F82535-02F,    PO Box 10438,    Des Moines, IA 50306-0438
13864891       +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13917772        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
13857357       +carl engel,esquire,    KLEHR HARRISON HARVEY BRANZBURG,    1835 MARKET STREET,    SUITE 1400,
                 PHILADELPHIA, PA 19103-2945
```

```
District/off: 0313-2                  User: JEGilmore              Page 2 of 3                    Date Rcvd: Sep 01, 2020
                                      Form ID: 138NEW              Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:25      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 02 2020 12:05:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: broman@amhfcu.org Sep 02 2020 12:05:12      American Heritage FCU,
                 Collection Department,   2060 Red Lion Road,   Philadelphia, PA 19115-1603
cr               E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2020 11:32:39      LVNV Funding LLC,
                 c/o Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2020 11:39:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13857351        +E-mail/Text: broman@amhfcu.org Sep 02 2020 12:05:12      American Heritage FCU,
                 2060 Red Lion Road,   Philadelphia, PA 19115-1699
13857358        +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 02 2020 12:05:36      CCS  USA,
                 725 CANTONN STREET,   NORWOOD MA 02062-2679
13857363         E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:24      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13857364         E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:24      City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadelphai, PA 19102
13953427        +E-mail/Text: megan.harper@phila.gov Sep 02 2020 12:05:24
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13857360        +E-mail/Text: ecf@ccpclaw.com Sep 02 2020 12:04:33      Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
13862938         E-mail/Text: mrdiscen@discover.com Sep 02 2020 12:04:35      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13857365        +E-mail/Text: mrdiscen@discover.com Sep 02 2020 12:04:35      Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
13861414         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2020 12:28:05      First Data Global Leasing,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
13857374         E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 02 2020 12:04:39      I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13857359         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 02 2020 12:32:20      Chase Card,
                 Attn: Correspondence,   PO Box 15298,   Wilmington, DE 19850
14453989         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 02 2020 11:32:27      LVNV Funding LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC,   29603-0587
13857380        +E-mail/Text: accounting@merchantcapitalsource.com Sep 02 2020 12:05:39
                 MERCHANT CAPITAL SOURCE,   2120 MAIN STREET,   SUITE 220,   HUNTINGDON BEACH CA 92648-7454
13857385        +E-mail/Text: bankruptcy@ondeck.com Sep 02 2020 12:05:36      ONDECK,   1400 BROADWAY  25TH FL,
                 NEW YORK NY 10018-5225
13924134        +E-mail/Text: bankruptcy@ondeck.com Sep 02 2020 12:05:37      On Deck Capital, Inc.,
                 101 W Colfax,   9th Floor,   Denver, CO 80202-5167
13925356         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 11:32:28
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13869015        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2020 11:32:22
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13857388         E-mail/Text: bankruptcygroup@peco-energy.com Sep 02 2020 12:04:42      Peco Energy,
                 2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
13878919        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:04:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13857395        +E-mail/Text: bankruptcynotices@squareup.com Sep 02 2020 12:05:37      SQUARE CAPITAL,
                 legal dept,   1455 MARKET STREET,   SUITE 600,   SAN FRANCISCO CA 94103-1332
13857397        +E-mail/Text: marisa.sheppard@timepayment.com Sep 02 2020 12:05:13      Timepayment Corp Llc,
                 16 New England Executive Office Park S.,    Burlington, MA 01803-5217
13857413         E-mail/Text: vci.bkcy@vwcredit.com Sep 02 2020 12:05:13      VW Credit,
                 1401 Franklin Boulevard,   Libertyville IL 60048
13857411        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 02 2020 12:04:30
                 Verizon Wireless Bankruptcy Department,   P.O. Box 3397,   Bloomington, Il 61702-3397
13857412        +E-mail/Text: vci.bkcy@vwcredit.com Sep 02 2020 12:05:13      Volkswagen Credit, Inc,   PO Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13857399          UNHINGED CAFE INC,   T/A DIPENSO
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13857361*        +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13857401*        +UNHINGED CAFE INC,   2108 SOUTH STREET,   PHILADELPHIA , PA 19146-2085
13857402*        +UNHINGED CAFE INC,   2108 SOUTH STREET,   PHILADELPHIA, PA 19146-2085
13857404*        +UNHINGED CAFE, INC,   2108 SOUTH STREET,   PHILADELPHIA PA 19146-2085
13857406*        +UNHINGED INC,   2108 SOUTH STREET,   PHILADELPHIA PA 19146-2085
13857407*        +UNHINGED INC,   2108 SOUTH STREET,   PHILADELPHIA, PA 19146-2085
```

```
District/off: 0313-2           User: JEGilmore            Page 3 of 3              Date Rcvd: Sep 01, 2020
                               Form ID: 138NEW            Total Noticed: 84

13857394       ##+SPOTLUCK,   4550 MONTGOMERY AVE,   SUITE 350N,   BETHESDA MD 20814-3371
                                                                                   TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
              HOLLY SMITH MILLER    on behalf of Creditor    American Heritage FCU hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              LEON P. HALLER    on behalf of Creditor    MIDFIRST BANK lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    VW Credit Leasing, Ltd bkgroup@kmllawgroup.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Samuel and Son Seafood rsaldutti@salduttticollect.com,
               lmarciano@salduttticollect.com;pwirth@salduttticollect.com;kcollins@slgcollect.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Teresa A. DeLuca
    Debtor(s)

Bankruptcy No: 17−10600−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 9/1/20

105 − 104
Form 138_new