United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teresa A. DeLuca  
    Debtor(s)

Case No. 17-10600-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 2  
Date Rcvd: Oct 02, 2020     Form ID: 195     Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Teresa A. DeLuca, 2443 E. Somerset Street, Philadelphia, PA 19134-4222 |
| cr | + MIDFIRST BANK, Aldridge Pite LLP, 4375 Jutland Dr, San Diego, CA 92117-3600 |
| cr | Samuel and Son Seafood, c/o Saldutti Law Group, 800 M. Kings Hwy, Ste 300, Cherry Hill, NJ 08034 UNITED STATES |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: broman@amhfcu.org | Oct 03 2020 02:26:00 | American Heritage FCU, Collection Department, 2060 Red Lion Road, Philadelphia, PA 19115-1603 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2020 02:10:01 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Oct 03 2020 02:13:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

District/off: 0313-2 | User: JEGilmore | Page 2 of 2
Date Rcvd: Oct 02, 2020 | Form ID: 195 | Total Noticed: 6

| Name | Email Address |
|---|---|
| HOLLY SMITH MILLER | on behalf of Creditor American Heritage FCU hsmiller@gsbblaw.com  abrown@gsbblaw.com |
| LEON P. HALLER | on behalf of Creditor MIDFIRST BANK lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor VW Credit Leasing  Ltd bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Teresa A. DeLuca ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor VW Credit Leasing  Ltd bkgroup@kmllawgroup.com |
| ROBERT L. SALDUTTI | on behalf of Creditor Samuel and Son Seafood rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Teresa A. DeLuca : Case No. 17−10600−elf
    Debtor(s)

### ORDER
_____

AND NOW, this day , October 2, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

109
Form 195